# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

**The Court acknowledges the Stipulation of Dismissal, dkt. 21. JPH, 9/8/2022 Distribution via ECF.**

**MICHAEL MICELI,**

**Plaintiff,**

**-v-**

**INDIANA MEMBERS CREDIT UNION,**

**Defendant.**

**Civil Case Number: 1:22-cv-00449-JPH-MPB**

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        September 7, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Michael Miceli*

/s/ Brian W. Norkett
Brian W. Norkett, Esq.
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
Tel: (312) 781-6685
Email: norkett@litchfieldcavo.com

*Attorneys for Defendant*
*Indiana Members Credit Union*